March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

MAKHINBONI NARZULLAEVA      Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 681 (JPC) (__)

Defendant __MAKHINBONI NARZULLAEVA__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

**X** Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_/s/ Makhinboni Narzullaeva /By/_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Makhinbonu Narzullaeva**
Print Defendant's Name

_/s/ Margaret Shalley_
Defense Counsel's Signature

**Margaret M. Shalley**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/21/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge