# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 1, 2021

It is hereby ORDERED that Defendant Narzullaeva is permitted to travel to and reside in the Eastern District of Pennsylvania.

SO ORDERED.

Date:   February 1, 2021
        New York, New York

JOHN P. CRONAN
United States District Judge

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Makhinbonu Narzullaeva*
      **20 CR 681 (JPC)**

Dear Judge Cronan:

    I represent, Makhinbonu Narzullaeva, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A. On December 16, 2020, Ms. Narzullaeva was released on a $50,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. The purpose of this letter is to respectfully request a modification of Ms. Narzullaeva's bond conditions to include travel to and residence in the Eastern District of Pennsylvania. Ms. Narzullaeva has been experiencing panic attacks and chest pain. Her doctor believes these symptoms are a result of stress and has been advised that a change in residence with less responsibility for the next few months would be beneficial. Accordingly, Ms. Narzullaeva wishes to live with her cousin Khurshed Ahmedov at 641 Parlin Street, Philadelphia, Pennsylvania 19117 for the next few months, but continue to travel to the Southern and Eastern Districts of New York to see her son and take her mother to doctor's appointments. Neither the Government nor Pretrial Services objects to this request. Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include travel to and residence in the Eastern District of Pennsylvania.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

1