# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 2, 2021

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Makhinbonu Narzullaeva*
      **20 CR 681 (JPC)**

Dear Judge Cronan:

    I represent, Makhinbonu Narzullaeva, in the above-referenced matter. On February 1, 2021, the Court modified Ms. Narzullaeva's bond conditions to include residence in and travel to the Eastern District of Pennsylvania. Additionally, Pretrial Services believes that a mental health evaluation and mental health treatment would be beneficial to Ms. Narzullaeva. Neither the Government nor counsel objects to this request. Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include mental health evaluation and treatment.

    The Court's time and consideration of this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

It is hereby ORDERED that Defendant Narzullaeva's bond conditions are modified to include mental health evaluation and treatment.

SO ORDERED.

Date:  February 2, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge