March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                  -v-

Makhinbonu Narzullaeva,    Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-681 (__)(__)

Defendant __Makhinbonu Narzullaeva__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

/s/ Makinbonu Narzullaeva
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Makhinbonu Narzullaeva**
_____
Print Defendant's Name

/s/ Margaret M. Shalley
_____
Defense Counsel's Signature

**Margaret M. Shalley**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

3/04/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge