# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 8, 2021

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<span style="color:blue">Defendant Makhinbonu Narzullaeva's request is granted. Ms. Narzullaeva may travel to New Jersey on July 10, 2021.

Date: July 8, 2021
New York, New York</span>

_____
JOHN P. CRONAN
United States District Judge

Re: ***U.S. v. Makhinbonu Narzullaeva***
**20 CR 681 (JPC)**

Dear Judge Cronan:

I represent, Makhinbonu Narzullaeva, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A. On December 16, 2020, Ms. Narzullaeva was released on a $50,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. On February 1, 2021, Ms. Narzullaeva's bond conditions were modified to include travel to and residence in the Eastern District of Pennsylvania. The purpose of this letter is to respectfully request a modification of Ms. Narzullaeva's bond conditions to include travel to New Jersey on Saturday, July 10, 2021. Ms. Narzullaeva's friend is having a picnic to celebrate her birthday. Ms. Narzullaeva would drive to New Jersey Saturday morning and return home Saturday evening. Neither the Government nor Pretrial Services object to this request. Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include travel to New Jersey on Saturday, July 10, 2021.

The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Daniel Nessim
AUSA Nicholas Chiuchiolo
USPSO Francesca Tessier-Miller
(*via email*)

1