# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

February 16, 2021

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

This request is granted. Sarah Speis may appear on behalf of Ms. Narzullaeva at the February 18, 2022 conference.

SO ORDERED.
Date: February 16, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

        Re:    *U.S. v. Makhinbonu Narzullaeva*
                **20 CR 681 (JPC)**

Dear Judge Cronan:

      I represent, Makhinbonu Narzullaeva, in the above-referenced matter.  A conference is currently scheduled for February 18, 2022, at 11:00 a.m.  I have another conference scheduled before Judge Engelmayer on February 18, 2022, at 10:00 a.m.  The purpose of this letter is to respectfully request that my associate, Sarah Speis, stand-in for me at the conference in the event that that conference with Judge Engelmayer runs over and I am late.  Ms. Speis is currently assigned as associate counsel in this case and has worked with Ms. Narzullaeva.  I have also spoken with Ms. Narzullaeva, who consents to this request.

      Accordingly, it is respectfully requested that the Court permit Ms. Sarah Speis to stand-in as counsel for Ms. Narzullaeva in the event that I am running late to the conference on February 18, 2022.  The Court's time and attention to this matter is greatly appreciated.

                                          Respectfully submitted,

                                          /s/

                                        Margaret M. Shalley

cc: All counsel (*via ECF*)