# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

June 30, 2022

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *U.S. v. Makhinbonu Narzullaeva*
>       **20 CR 681 (JPC)**

Dear Judge Cronan:

     I represent, Makhinbonu Narzullaeva, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A.  On December 16, 2020, Ms. Narzullaeva was released on a $50,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York.  On February 1, 2021, Ms. Narzullaeva's bond conditions were modified to include travel to and residence in the Eastern District of Pennsylvania.  The purpose of this letter is to respectfully request a modification of Ms. Narzullaeva's bond conditions to include travel to New Jersey from Friday, July 1, 2022, to Saturday, July 2, 2022.  Ms. Narzullaeva would like to attend a wedding at 540 River Drive, Garfield, New Jersey on Friday evening.  She would drive to New Jersey Friday afternoon and return home early Saturday morning.  Neither the Government nor Pretrial Services object to this request.  Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include travel to New Jersey from Friday, July 1, 2022 to Saturday, July 2, 2022.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Daniel Nessim
AUSA Nicholas Chiuchiolo
USPSO Francesca Tessier-Miller
(*via email*)

The Court grants this request. Ms. Narzullaeva may travel to the District of New Jersey from July 1, 2022 to July 2, 2022. Ms. Narzullaeva must provide travel itinerary to Pretrial Services before leaving.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 239.

SO ORDERED.
Date: July 1, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge