# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 1, 2022

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:   *U.S. v. Makhinbonu Narzullaeva*
                 **20 CR 681 (JPC)**

Dear Judge Cronan:

      I represent, Makhinbonu Narzullaeva, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A. On December 16, 2020, Ms. Narzullaeva was released on a $50,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. On February 1, 2021, Ms. Narzullaeva's bond conditions were modified to include travel to and residence in the Eastern District of Pennsylvania. On July 1, 2022, the Court granted Ms. Narzullaeva's request to travel to New Jersey from Friday, July 1, 2022, to Saturday, July 2, 2022, for a wedding. However, Ms. Narzullaeva mistakenly thought the wedding was on Friday, and informed counsel today that the wedding is actually on Saturday. Therefore, the purpose of this letter is to respectfully request a modification of Ms. Narzullaeva's bond conditions to include travel to New Jersey from Saturday July 2, 2022, to Sunday, July 3, 2022. The wedding is located at 540 River Drive, Garfield, New Jersey. Ms. Narzullaeva would drive to New Jersey Saturday afternoon and return home early Sunday morning. Neither the Government nor Pretrial Services object to this request. We apologize on behalf of Ms. Narzullaeva for this oversight. Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include travel to New Jersey from Saturday, July 2, 2022 to Sunday, July 3, 2022.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Daniel Nessim
    AUSA Nicholas Chiuchiolo
    USPSO Francesca Tessier-Miller
    (*via email*)

Given Ms. Narzullaeva's amended request, the Court revises its order issued earlier today.  *See* Dkt. 241.  Ms. Narzullaeva may travel to the District of New Jersey from July 2, 2022 to July 3, 2022.  Ms. Narzullaeva must provide travel itinerary to Pretrial Services before leaving.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 242.

SO ORDERED.
Date: July 1, 2022
    New York, New York

JOHN P. CRONAN
United States District Judge