# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

July 21, 2022

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *U.S. v. Makhinbonu Narzullaeva*
        **20 CR 681 (JPC)**

Dear Judge Cronan:

I represent, Makhinbonu Narzullaeva, in the above-referenced matter. A conference is currently scheduled for July 26, 2022, at 2:00 p.m. I have a White Plains duty day on July 26, 2022, and need to be present for assignments. Additionally, I have a case that was previously scheduled in White Plains before Judge Seibel at 2:30 p.m. The purpose of this letter is to respectfully request that my associate, Sarah Speis, stand-in for me at the conference. Ms. Speis is currently assigned as associate counsel in this case and has worked with Ms. Narzullaeva and is fully familiar with all the facts of the case. I have also spoken with Ms. Narzullaeva, who consents to this request.

Accordingly, it is respectfully requested that the Court permit Ms. Sarah Speis to stand-in as counsel for Ms. Narzullaeva at the conference on July 26, 2022. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

This request is granted. Sarah Spies may appear on behalf of Ms. Nazullaeva at the July 26, 2022 conference.

SO ORDERED.
Date: July 22, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

1