# MARGARET M. SHALLEY, ESQ.
MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

September 1, 2022

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Makhinbonu Narzullaeva*
      **20 CR 681 (JPC)**

Dear Judge Cronan:

    I represent, Makhinbonu Narzullaeva, in the above-referenced matter.  A conference is currently scheduled for September 7, 2022.  The purpose of this letter is to respectfully request that the Court excuse me and my client from personally appearing at the status conference because a change of plea hearing has been scheduled for September 22, 2022, at 10:00 a.m.  Counsel has communicated with the Government, who consents to this request.  Accordingly, it is respectfully requested that the Court waive our appearance for the status conference scheduled for September 7, 2022.  The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

The request is granted.  Defendant Makhinbonu Narzullaeva and counsel are excused from appearing at the September 7, 2022 status conference.

SO ORDERED.
Date: September 2, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1