# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

December 19, 2022

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *U.S. v. Makhinbonu Narzullaeva*
              **20 CR 681 (JPC)**

Dear Judge Cronan:

      I represent, Makhinbonu Narzullaeva, in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A. On December 16, 2020, Ms. Narzullaeva was released on a $50,000 Personal Recognizance Bond co-signed by 2 financially responsible persons with travel restricted to the Southern and Eastern Districts of New York. On February 1, 2021, Ms. Narzullaeva's bond conditions were modified to include travel to and residence in the Eastern District of Pennsylvania. The purpose of this letter is to respectfully request a modification of Ms. Narzullaeva's bond conditions. Specifically, it is requested that Ms. Narzullaeva's bond conditions be modified to include travel to New Jersey and Connecticut. Ms. Narzullaeva has been driving for Lyft since approximately August 2022 and her job requires travel to New Jersey and Connecticut.

      Additionally, it is respectfully requested that her bond conditions be modified to include travel to Tobyhanna, Pennsylvania from December 28, 2022 to January 3, 2023 to celebrate New Year's Eve. She will be driving there on December 28, 2022 with her mother and son and staying at a rental house with 3 other families to celebrate the New Year. She will provide her exact itinerary and the exact address of the rental home to her Pretrial Officer before she leaves. Neither the Government nor Pretrial Services object to either of these requests. Accordingly, it is respectfully requested that Ms. Narzullaeva's bond conditions be modified to include travel to New Jersey and Connecticut, and travel to Tobyhanna, Pennsylvania from December 28, 2022 to January 3, 2023.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: AUSA Daniel Nessim
AUSA Nicholas Chiuchiolo
USPSO Francesca Tessier-Miller
(*via email*)

The request is granted.  Defendant Makhinbonu Narzullaeva's conditions of release are modified to allow her to travel to New Jersey and Connecticut.  The conditions of release are also modified to allow Defendant to travel to Tobyhanna, Pennsylvania from December 28, 2022 until January 3, 2023.  Defendant shall provide her itinerary to Pretrial Services prior to her departure.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 322.

SO ORDERED.
Date: December 19, 2022
New York, New York

JOHN P. CRONAN
United States District Judge