# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

December 20, 2022

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Makhinbonu Narzullaeva*
      **20 CR 681 (JPC)**

Dear Judge Cronan:

      I represent, Makhinbonu Narzullaeva, in the above-referenced matter. Sentencing in this case is currently scheduled for January 5, 2023. The purpose of this letter is to respectfully request a 90-day adjournment of the sentencing. Counsel has not yet received letters from Ms. Narzullaeva's family and friends, many of whom reside overseas, and will need to be translated to English. These letters are to be included in her sentencing submission. An adjournment of 90 days will provide sufficient time for counsel to receive and translate these letters and to review the submission with Ms. Narzullaeva prior to filing. This is the first request for an adjournment of the sentencing and the Government does not object to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of April 3, 2023. The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

The request is granted. The sentencing currently scheduled for January 5, 2023 is adjourned until April 13, 2023 at 10:00 a.m. Defendant shall file her sentencing submission by March 30, 2023. The Government shall file its sentencing submission by April 6, 2023.

The Clerk of Court is respectfully directed to close the motion pending at Docket Number 325.

SO ORDERED.
Date: December 21, 2022
New York, New York

JOHN P. CRONAN
United States District Judge