# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 28, 2023

**VIA ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *U.S. v. Makhinbonu Narzullaeva*
      **20 CR 681 (JPC)**

Dear Judge Cronan:

     I represent, Makhinbonu Narzullaeva, in the above-referenced matter.  Sentencing in this case is currently scheduled for April 13, 2023.  The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing.  Counsel has not yet received letters from Ms. Narzullaeva's family and friends, many of whom reside overseas, and will need to be translated to English.  These letters are to be included in her sentencing submission.  Additionally, Ms. Narzullaeva recently underwent gastric surgery in January and is still in the process of recovering.  An adjournment of 60 days will provide sufficient time for counsel to receive and translate these letters and for Ms. Narzullaeva to finish recovering.  This is the second request for an adjournment of the sentencing.  The first request was granted.  The Government does not object to this request.  Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of June 12, 2023.  The Court's time and attention to this matter is greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc: All counsel (*via ECF*)

The request is granted.  Defendant's sentencing scheduled for April 13, 2023 is adjourned until June 12, 2023 at 2:30 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Defendant shall file her sentencing submission by May 30, 2023.  The Government shall file its sentencing submission by June 5, 2023.  The Clerk of Court is respectfully directed to close the motion pending at Docket Number 402.

SO ORDERED.
Date: March 29, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge

1